UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 1:22-v-00102

Name of party requesting extension: Subaru of America, Inc.

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 6/15/2022

Number of days requested:   ☐ 30 days   ☑ 15 days   ☐ Other _____ days

New Deadline Date: 8/22/2022   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Paul R. Steadman

State Bar No.: 6238160

Firm Name: DLA Piper LLP (US)

Address: 444 West Lake Street, Suite 900
Chicago, IL 60606-0089

Phone: 312.368.4000

Fax: 312.236.7516

Email: paul.steadman@dlapiper.com

A certificate of conference does not need to be filed with this unopposed application.